# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

### Petition for Summons for Person Under Supervision

---

| | |
|---|---|
| **Person Under Supervision**<br>Hannah Nichole Parker | **Docket Number**<br>0971 3:21CR00466-001 JD |
| **Name of Sentencing Judge:** | The Honorable Dana Christensen<br>United States District Judge; District of Montana |
| **Date of Original Sentence:** | February 8, 2017 |

**Original Offense**
Count One: Conspiracy to Commit Robbery Affecting Commerce, 18 U.S.C. § 1951(a), a Class C felony

**Original Sentence:** 60 months custody; followed by three years supervised release

**Special Conditions:** provide USPO access to financial information; apply all monies received from income tax refunds, lottery winnings, or financial gains to outstanding financial obligations; mental health treatment; not possess any police radio scanning devices; search by USPO; substance abuse treatment; no alcohol; drug testing; no drugs; no contact with codefendants.

**Prior Form(s) 12:** On November 30, 2021, Judge Dana Christensen; District of Montana, took judicial notice after a Report of Person Under Supervision was filed due to positive drug tests.

On December 7, 2021, jurisdiction was transferred to Your Honor from District of Montana.

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>July 27, 2021 |
| **Assistant U.S. Attorney**<br>Unassigned | **Date Supervision Expires**<br>July 26, 2024 |
| **Defense Counsel**<br>Candis Mitchell (AFPD) | |

---

### Petitioning the Court

The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on August 22, 2024, at 10:30am.

NDC-SUPV-FORM 12C(1)  1/12/2024

RE:   Parker, Hannah Nichole                                                                                           2
      0971 3:21CR00466-001 JD

I, Kevin Maynor, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe that the person under supervision violated the mandatory condition which states, in part, that he must refrain from any unlawful use of a controlled substance. |
| | On May 30, 2024, Ms. Parker submitted a drug test that was presumptive positive for methamphetamine, benzodiazepines, fentanyl, and opiates. She admitted to using illicit drugs in reference to the date listed above. |
| | Evidence in support of this charge is contained in the chronological records maintained by the U.S. Probation Office dated May 30, 2024, at 10:30 a.m. |

**Action Taken and Reason**

On September 29, 2021, Ms. Parker commenced her term of supervised released in the Northern District of California. On January 9, 2023, Ms. Parker entered the San Francisco Reentry Court Program. While in the program, she has had several relapses; however, she has consistently engaged in treatment and programming. On June 3, 2024, Ms. Parker entered Avery Lane residential program located in Marin County. She completed approximately 30 days in that program. Ms. Parker is currently working with the Reentry Court team in hopes of securing a plan that will promote her continued sobriety in the community. Based on the information above a summons for her to appear in court is being requested. This will allow additional time to secure an adequate plan regarding Ms. Parker's future success.

Based on the foregoing, there is probable cause to believe that Hannah Nichole Parker violated the conditions of her Supervised Release.

RE:  Parker, Hannah Nichole  3
     0971 3:21CR00466-001 JD

Respectfully submitted,                      Reviewed by:

*Kevin D. Maynor Jr* (signature)             *Laura Triolo* (signature)

Kevin Maynor                                 Laura Triolo
U.S. Probation Officer                       Supervisory U.S. Probation Officer
Date Signed: July 24, 2024

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒  The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on August 22, 2024, at 10:30am.

☐  Other:

July 25, 2024                                *James Donato* (signature)
_____                            _____
Date                                         James Donato
                                             United States District Judge

**RE:**   Parker, Hannah Nichole                                                                                                          4
            0971 3:21CR00466-001 JD

APPENDIX

Grade of Violations:  C [USSG §7B1.1(a)(3), p.s.]

Criminal History at time of sentencing:  III

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 5-11 months<br>USSG §7B1.4(a), p.s |
| **Supervised Release:** | Three years less any custody imposed upon revocation<br>18 U.S.C. § 3583(h) | Three years less any custody imposed upon revocation<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not authorized | Not authorized |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102-3434
TEL: (415) 436-7540
FAX: (415) 581-7410

**CHRIS CARRUBBA-KATZ**
CHIEF U.S. PROBATION OFFICER

**JENNIFER JAMES**
DEPUTY CHIEF U.S. PROBATION OFFICER

**AARON TAM**
DEPUTY CHIEF U.S. PROBATION OFFICER

July 25, 2024

MEMORANDUM

The Honorable James Donato
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Hannah Nichole Parker
      Docket No.:  0971 3:21CR00466-001 JD

Your Honor:

To facilitate the issuance of a summons, the address of the individual is as follows:

> 505 San Marin Drive, Avery Lane for Women
> Novato, CA 94945

Respectfully Submitted,

*/s/ Dee Dee Marting for*

Kevin Maynor
U.S. Probation Officer
Office:  (415) 436-7559
Fax:     (415) 581-7421

Enclosures

dm