# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

### Report on Person Under Supervision
(Initial Petition for Summons for Person Under Supervision filed on July 25, 2024

**Person Under Supervision**  
Hannah Nichole Parker

**Docket Number**  
0971 3:21CR00466-001 JD

**Name of Sentencing Judge:** The Honorable Dana L. Christensen  
Chief United States District Judge/District of Montana

**Date of Original Sentence:** February 8, 2017

**Original Offense:**  
Count One: Conspiracy to Commit Robbery Affecting Commerce, 18 U.S.C. § 1951(a), a Class C Felony

**Original Sentence:** 60 months custody followed by three years supervised release

**Special Conditions:** provide USPO access to financial information; apply all monies received from income tax refunds, lottery winnings, or financial gains to outstanding financial obligations; mental health treatment; not possess any police radio scanning devices; search by USPO; substance abuse treatment; no alcohol; drug testing; no drugs; no contact with codefendants**.**

**Prior Form(s) 12:** On November 30, 2021, Judge Dana Christensen, District of Montana, took judicial notice after a Report of Person Under Supervision was filed due to Ms. Parker submitting positive drug tests.

On December 7, 2021, jurisdiction was transferred to Your Honor from District of Montana.

On July 25, 2024, a Petition for Summons for Person Under Supervision was filed in the Northern District of California alleging Ms. Parker submitted a positive drug test for controlled substances.

On August 22, 2024, Ms. Parker appeared before U.S. Magistrate Judge Lisa J. Cisneros and was arraigned on the Form 12.

On December 16, 2024, Ms. Parker appeared before Your Honor for a status hearing. At that time, she was actively participating in Reentry Court and was given additional time to maintain compliance in hopes of reaching a resolution on the pending Form 12.

RE:   Parker, Hannah Nichole                                                                                           2
      0971 3:21CR00466-001 JD

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Jeffrey Borstein  
**Defense Counsel**  
Candis Mitchell, (AFPD)

**Date Supervision Commenced**  
July 27, 2021  
**Date Supervision Expires**  
July 26, 2024

**Petitioning the Court to Take Judicial Notice of the Petition for Summons for Person Under Supervision filed on July 25, 2024, and take notice of Charge Two (Charge One was previously alleged in the Form 12 filed on July 25, 2024).**

**Cause**

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated the mandatory condition which states, in part, that he must refrain from any unlawful use of a controlled substance. |
| | On May 30, 2024, Ms. Parker submitted a drug test that was presumptive positive for methamphetamine, benzodiazepines, fentanyl, and opiates. She admitted to using illicit drugs in reference to the date listed above. |
| | Evidence in support of this charge is contained in the chronological records maintained by the U.S. Probation Office dated May 30, 2024, at 10:30 a.m. |
| Charge Two | There is probable cause to believe that she violated supervised release condition that she must pay restitution in the amount of 14,891.98. |
| | As of November 20, 2025, Ms. Parker has an outstanding restitution balance of $8,244.40. The last payment made on behalf of Ms. Parker was on September 8, 2025. |
| | Evidence to support this charge is contained in Offender Payment Enhanced Report Access (OPERA). |

**Action Taken and Reason**

Ms. Parker appeared before Your Honor on December 16, 2024, for a status hearing on a Petition for Summons for Person Under Supervision filed on July 25, 2024. At the hearing, the Court was advised of Ms. Parker's active participation in Reentry Court, and she was provided additional time to maintain compliance and work toward maintaining sobriety.

RE:  Parker, Hannah Nichole  3
0971 3:21CR00466-001 JD

Ms. Parker participated in San Francisco Reentry Court from January 9, 2023, to August 29, 2025. Throughout her time in Reentry Court, she continued to struggle with her sobriety and submitted numerous positive drug tests. As a result, multiple interventions were utilized, and she enrolled in various inpatient and outpatient drug treatment programs throughout the San Francisco Bay Area. Although Ms. Parker struggled with her sobriety, she continued to report as directed to U.S. Probation and remained engaged in treatment programs and sessions.

As of November 5, 2025, Ms. Parker is enrolled in a residential drug treatment program for women and children at the Epiphany Center in San Francisco, California. She has acknowledged the importance of medication-assisted treatment in sustaining her sobriety and continues to utilize community resources to support her recovery. Despite her challenges, she remains committed to staying engaged in community programs and maintaining her sobriety.

It should be noted that Ms. Parker has an outstanding restitution balance of $8,244.40. While on supervised release, Ms. Parker was primarily engaged in residential or outpatient treatment services, which made it difficult for her to maintain consistent employment and make payments toward restitution.

In addition, the undersigned respectfully recommends the Court take judicial notice of the pending Form 12 filed on July 25, 2024, and take notice of the outstanding restitution. If the Court agrees with this recommendation, Ms. Parker's supervise would naturally expire.

Pursuant to 18 U.S.C. § 3613(f), the United States Attorney's Office will have the authority to collect the remaining restitution 20 years after she was released from custody.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,  Reviewed by:

*Kalisi Kupu*  *Laura Triolo*

Kalisi Kupu  Laura Triolo
U.S. Probation Officer  Supervisory U.S. Probation Officer
Date Signed: November 21, 2025

---

THE COURT ORDERS:

[X] The Court concurs and takes judicial notice of the Petition for Summons filed on July 25, 2024 and takes judicial notice of outstanding restitution alleged in Charge Two.
[ ] Submit a request to modify supervision
[ ] Submit a request for a warrant
[ ] Submit a request for summons
[ ] Other:

RE: Parker, Hannah Nichole 4
0971 3:21CR00466-001 JD

November 24, 2025                              _____
_____              James Donato
Date                                           United States District Judge